1  Melissa Newel (#148563)
2  NEWEL LAW
   2625 Alcatraz Ave., Suite 132
3  Berkeley, CA  94705
   (510) 316-3827
4  mnewel@newellawfirm.com

5  Attorney for Plaintiff
   JERRY ANDRADE
6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  JERRY ANDRADE,                    No.  1:25-CV-001184 (BAM)

12          Plaintiff,

13     v.                             **STIPULATION FOR BRIEFING
                                      EXTENSION; [PROPOSED] ORDER**
14  COMMISSIONER OF
    SOCIAL SECURITY,
15
            Defendant.
16

17

18

19

20

21

22       On September 12, 2025, Plaintiff Jerry Andrade filed the instant civil action for judicial

23  review of the defendant Commissioner of Social Security's decision denying his application for

24  Social Security disability insurance benefits under Title II of the Social Security Act. (ECF Doc.

25  1) The Defendant responded to Plaintiff's Complaint on November 13, 2023. (ECF Doc. 10)

26  Pursuant to the Court's Scheduling Order, Plaintiff's motion for summary judgment is currently

27  due to be filed no later than December 15, 2025. (ECF Doc. 5 at p.2:17-18)

28

                    STIPULATION FOR BRIEFING EXTENSION

1   Plaintiff requests an extension of thirty (30) days to file his motion. *Id.* at p.3:17-18. This
2   is Plaintiff's first request for an extension of time. Plaintiff's counsel seeks the extension to
3   effectively advocate for Plaintiff as counsel did not represent Mr. Andrade at the administrative
4   level and the record contains nearly 1,000 pages of medical evidence. *See*, *Costa v. Comm'r of
5   Soc. Sec. Admin.*, 690 F.3d 1132, 1134 n. 1 (9th Cir. 2012) [noting "social security disability cases
6   are often highly fact-intensive and require careful review of the administrative record, including
7   complex medical evidence."]. Plaintiff's counsel apologizes to the Court for any inconvenience.
8   The defendant has no objection to the requested extension.

Respectfully submitted,

Dated: December 10, 2025         NEWEL LAW

                          By:    *Melissa Newel*
                                 Melissa Newel
                                 Attorney for Plaintiff
                                 JERRY ANDRADE


Dated: December 10, 2025         ERIC GRANT
                                 United States Attorney
                                 MATTHEW W. PILE
                                 Associate General Counsel
                                 Office of Program Litigation, Office 7

                          By:    *Oscar Gonzalez de Llano**
                                 OSCAR GONZALEZ DE LLANO
                                 Special Assistant United States Attorney
                                 Attorney for Defendant
                                 (**authorized by email dated 12/10/2025*)

STIPULATION FOR BRIEFING EXTENSION

**ORDER**

Good cause having been shown, IT IS ORDERED that Plaintiff shall be granted an extension of time of thirty (30) days to file his Opening Brief. The Opening Brief shall be filed on or before January 14, 2026 and all deadlines are modified accordingly.

IT IS SO ORDERED.

Dated:   **December 11, 2025**             /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE