Melissa Newel (#148563)
NEWEL LAW
2625 Alcatraz Ave., Suite 132
Berkeley, CA  94705
(510) 316-3827
mnewel@newellawfirm.com

Attorney for Plaintiff
JERRY ANDRADE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY ANDRADE<br><br>                    Plaintiff,<br><br>          v.<br><br>COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>                    Defendant. | No.  1:25-CV-01184-FRS (EPG)<br><br><br>**STIPULATION FOR 3-DAY BRIEFING EXTENSION; ORDER** |

Pursuant to the Court's Scheduling Order, Plaintiff seeks an extension of three (3) days to file his motion for summary judgment. (ECF Doc. 5 at p.3:17-18) This is Plaintiff's second extension request. The Court previously approved the parties' stipulation for Plaintiff to receive a 30-day extension. (ECF Doc. 11 and 12) Plaintiff's Opening Brief is currently due to be filed no later than January 14, 2026. *Id.* Counsel for Plaintiff seeks the extension due to illness. Plaintiff's counsel is a solo practitioner. Plaintiff's counsel apologizes to the Court for the inconvenience

caused and seeks the short extension only to be able to effectively advocate for Plaintiff. The Defendant has no objection to the short extension.

Respectfully submitted,

Dated: January 13, 2026                     NEWEL LAW

By:   *Melissa Newel*
      Melissa Newel
      Attorney for Plaintiff
      JERRY ANDRADE

Dated: January 13, 2026                     ERIC GRANT
                                            United States Attorney
                                            MATTHEW W. PILE
                                            Associate General Counsel
                                            Office of Program Litigation, Office 7

By:   *Oscar Gonzalez de Llano**
      OSCAR GONZALEZ DE LLANO
      Special Assistant United States Attorney
      Attorney for Defendant
      (**authorized by email dated 1/13/2026*)

STIPULATION FOR 3-DAY BRIEFING EXTENSION; ORDER

**<u>ORDER</u>**

Good cause having been shown, IT IS ORDERED that Plaintiff shall be granted a further extension of three (3) days to file his Opening Brief.  The Opening Brief shall now be filed on or before **January 20, 2026.**  All corresponding deadlines are modified accordingly.

IT IS SO ORDERED.

Dated:    **January 14, 2026**                    /s/ *Erica P. Grosjean*
                                                  UNITED STATES MAGISTRATE JUDGE