ERIC GRANT
United States Attorney
MATHEW W. PILE, WSBA No. 32245.
Head of Program Litigation 1
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
 Program Litigation 1 | Law & Policy
 Social Security Administration
 6401 Security Boulevard
 Baltimore, Maryland 21235
 Telephone: (510) 970-4822
 E-Mail: Marcelo.Illarmo@ssa.gov
Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| JERRY ANDRADE,<br><br>   Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY<br><br>   Defendant. | ) Case No.: 1:25-cv-01184-FRS *(EPG)*<br>)<br>)<br>) STIPULATION FOR VOLUNTARY<br>) REMAND PURSUANT TO SENTENCE<br>) FOUR OF 42 U.S.C. § 405(g)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g).  The purpose of the remand is to offer Plaintiff a new decision. The parties agree that no specific aspect of the Commissioner's final decision is affirmed.

On remand, the Commissioner will offer Plaintiff the opportunity to submit additional evidence; develop the record as necessary; and issue a new decision.  The parties further request

Stip. For Voluntary Remand;  Case 1:25-cv-01184-FRS *(EPG)*

1

that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

DATE: February 17, 2026

/s/ Melissa Newel___*
MELISSA NEWEL
Attorney for Plaintiff
(* approved via email on 2/12/26)

ERIC GRANT
United States Attorney

DATE: February 17, 2026        By    s/ Marcelo Illarmo
MARCELO ILLARMO
Special Assistant United States Attorney

Attorneys for Defendant

Stip. For Voluntary Remand;  Case 1:25-cv-01184-FRS *(EPG)*

**ORDER**

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, IT IS HEREBY ORDERED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

The Clerk of Court is directed to enter judgment in favor of Plaintiff and against Defendant. The Clerk of the Court is also directed to assign a magistrate judge for the purpose of closing this case, to terminate any pending motion, and to close this case.

IT IS SO ORDERED.

Dated:  **February 18, 2026**                    /s/ *Erica P. Grosjean*

UNITED STATES MAGISTRATE JUDGE

Stip. For Voluntary Remand;  Case 1:25-cv-01184-FRS *(EPG)*